# EXHIBIT B

# EXHIBIT B

# AMENDMENT TO THE

# INVESTORS GROUP OF NEVADA, LP

# DEFINED BENEFIT PENSION PLAN AND RELATED TRUST

NEVADA K, LLC, a Nevada limited liability company, does hereby adopt, effective as of January 1, 2006, the following Amendment to the above-stated Plan and related Trust.

I. All references to the "INVESTORS GROUP OF NEVADA, LP, a Nevada limited partnership" in the preamble of the Plan and Trust are replaced with "NEVADA K, LLC, a Nevada limited liability company".

II. Article I, Paragraph A of the Plan is hereby amended to read as follows:

A. <u>Name</u>.

This Defined Benefit Pension Plan shall be known as "NEVADA K, LLC DEFINED BENEFIT PENSION PLAN."

III. Article I, Paragraph F.4 of the Plan is hereby amended to read as follows:

4. <u>Service with the Predecessor Employer</u>.

For purposes of Eligibility, a Year of Service shall be credited to an Employee who was employed by the Predecessor Employer, for each period which would have been a Year of Service if the Predecessor Employer were the Employer.

For purposes of the Plan, the "Predecessor Employer" shall be Investors Group of Nevada, LP.

IV. Article I, Paragraph T.3 of the Plan is hereby amended to read as follows:

3. <u>Service with the Predecessor Employer</u>.

For purposes of benefit accruals and Section 415 limitations, a Year of Service shall be credited to an Employee who was employed by the Predecessor Employer for each period which would have been a Year of Service if the Predecessor Employer were the Employer.

For purposes of the Plan, the "Predecessor Employer" means Investors Group of Nevada, LP.

SHAKIB000182

V. Article I, Paragraph BB of the Plan is hereby amended to read as follows:

BB. <u>Service with the Predecessor Employer.</u>

For purposes of Vesting, a Year of Service shall be credited to an Employee who was employed by the Predecessor Employer, for each period which would have been a Year of Service if the Predecessor Employer were the Employer.

For purposes of the Plan, the "Predecessor Employer" shall be Investors Group of Nevada, LP.

VI. Article I, Paragraph A of the Trust is hereby amended to read as follows:

<u>Name.</u> The name of this Trust shall be "NEVADA K, LLC DEFINED BENEFIT PENSION TRUST." The NEVADA K, LLC DEFINED BENEFIT PENSION PLAN (the "Plan") is incorporated as a part of this Agreement by this reference.

IN WITNESS WHEREOF, the Employer has duly executed this Amendment on this <u>17th</u> day of <u>October</u>, 2006.

NEVADA K, LLC

By_____
Simon K. Shakib, Manager

SHAKIB000183