# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WINDMILL & EASTERN, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>SIMON SHAKIB, an individual and as the trustee of the Nevada K, LLC Defined Benefit Pension Plan; ZANNA SHAKIB, an individual and as trustee of the Nevada K, LLC Defined Benefit Pension Plan; NEVADA K, LLC, a Nevada limited liability company, and DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>    Defendants. | 2:11-cv-01082-LDG-PAL<br><br>ORDER |

Plaintiff Windmill & Eastern, LLC filed a motion requesting reinstatement of cross-motions for summary judgment. Good cause appearing,

THE COURT HEREBY ORDERS that plaintiff's and defendants' cross-motions for summary judgment (Plaintiff's counter motion #32 and supplemental brief #42; Defendants' motion #30, errata #33, response #31, supplemental brief #41) are reinstated as of the date of this order.

THE COURT FURTHER ORDERS that a hearing on these cross-motions for summary judgment shall be conducted on the 18th day of December, 2013, at 2:00 PM, in Courtroom 6B, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. S., Las Vegas, Nevada 89101. The parties should come prepared to address the issue of the adequacy of the showing of the existence of a third employee-participant in Nevada K, LLC Defined Benefit Pension Plan.

THE COURT FURTHER ORDERS that Defendant Simon Shakib shall make personal appearance at the hearing, and that the failure to appear may result in the granting of summary judgment against such defendant and the consideration of other sanctions.

Dated this ___ day of November, 2013.

_____
Lloyd D. George
United States District Judge