# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WINDMILL & EASTERN, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SIMON SHAKIB, an individual and as the trustee of the Nevada K, LLC Defined Pension Plan; ZANNA SHAKIB, an individual and as trustee of the Nevada K, LLC Defined Pension Plan; NEVADA K, LLC, a Nevada limited liability company, and DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:11-cv-01082-LDG -PAL<br><br>**Judgment** |

Pursuant to the Order (docket #52) granting Plaintiff Windmill & Eastern, LLC's Countermotion for Summary Judgment on its declaratory relief claim against Defendants, Simon Shakib, individually and as trustee of the Nevada K, LLC Defined Pension Plan, Zanna Shakib, individually and as trustee of the Nevada K, LLC Defined Pension Plan, and Nevada K, LLC, and for good cause shown, the Court enters judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Nevada K, LLC Defined Pension Plan was not subject to ERISA when defendants pledged Certificate of Deposit #3400016756 ("CD") as partial collateral for a Bank of Nevada loan.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the CD was not an asset of the Nevada K, LLC Defined Pension Plan when defendants pledged it as security for the Bank of Nevada loan.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff did not lose its security interest in the CD after the CD was rolled into a new certificate of deposit titled in the name of the Nevada K, LLC Defined Pension Plan ("Rollover CD").

///

///

1   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff is entitled to
2   offset the outstanding debt owed by Defendant Simon Shakib with the Rollover CD.
3   Dated this ___ day of September, 2014.

_____
U.S. DISTRICT COURT JUDGE
LLOYD D. GEORGE