# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WINDMILL & EASTERN, LLC., | 2:11-cv-1082-LDG-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| SIMON SHAKIB, an individual and as the trustee of the Nevada K, LLC Defined Pension Plan; et al., | |
| Defendants. | |

After considering the briefs submitted in support of an in opposition to defendants' motion for relief from judgment, motion for reconsideration, and motion to alter or amend judgment,

THE COURT HEREBY ORDERS that defendants' motion for relief from judgment, motion for reconsideration, and motion to alter or amend judgment (#55) is DENIED.

Dated this ___ day of September, 2015.

_____
Lloyd D. George
United States District Judge